ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, MONICA VALENCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MONICA VALENCIA, <br> Defendant. | CASE NO. 1:06-CR-00342 LJO <br><br> **STIPULATION AND ORDER TO GRANT EXTENSION OF TIME TO FILE MOTIONS ON BEHALF OF MONICA VALENCIA** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the due date for filing of Defendant Monica Valencia's Motions In Limine, currently due on January 11, 2008, be extended to January 17, 2008.

This stipulation is necessitated by the four days defense counsel spent on jury duty before being excused by the prosecution on January 10, 2008.

DATED: January 11, 2008      /s/ Kathleen Servatius
                              KATHLEEN SERVATIUS
                              Assistant United States Attorney
                              **This was agreed to by Ms. Servatius via telephone, on January 11, 2008**

DATED: January 11, 2008      /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              MONICA VALENCIA

1

# ORDER

The court having considered the stipulation of the parties and GOOD CAUSE APPEARING, the court now orders that the due date for Defendant Monica Valencia's Motions In Limine, be extended until January 17, 2008.

IT IS SO ORDERED.

**Dated:   January 11, 2008**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE