UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**



FILED
MAY 1 9 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The United States,

-vs-

**Monica Valencia**          Docket No.  06-0342 LJO

COMES NOW <u>Lydia J. Serrano</u>, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of , <u>Monica Valencia</u>, who was placed on bond by the Honorable <u>Lawrence J. O'Neill</u> , sitting in the Court at <u>Fresno</u>, on the <u>31</u> day of <u>October, 2007</u>, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Conspiracy to Manufacture, Distribute, and Possess with the Intent to Distribute Marijuana; Possession with the Intent to Distribute Marijuana; and, Conspiracy to Launder Monetary Instruments  .

**BOND CONDITIONS: Please see attached**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 14, 2008, and May 20, 2008,  the defendant tested positive for alcohol use via her remote alcohol testing device (Sobrietor), in violation of the condition that she refrain from any use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used.*

**PRAYING THAT THE COURT WILL ORDER** this matter be placed on this Court's calendar on May 20, 2008 at 1:30 pm, and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.  Executed on  May 19, 2008.

Respectfully submitted,

LYDIA J. SERRANO
Pretrial Services Officer

**ORDER**

____  The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.
____  The Court hereby orders this ex parte motion and order be sealed.
____  The Court orders a summons be issued with an appearance date of _____.
✓     The Court hereby orders this matter placed on this court's calendar on _May 20, 2008_, at _1:30_ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
____  The Court orders no action be taken.

Considered and ordered this _19th_ day of _May_, 20_08_, and ordered filed and made a part of the records in the above case.

_____
Sandra M. Snyder, U.S. Magistrate Judge

rev. 1/93

**VALENCIA, Monica**
**Docket No. 06-0342 LJO**

## ADDITIONAL CONDITIONS OF RELEASE

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are released to the third party custody of Jane Scarmazzo;

4. You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

5. Your travel is restricted to Stanislaus County, and to and from Fresno for court-related purposes only unless otherwise approved in advance by the Pretrial Services Officer;

6. You shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used;*

7. You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

8. You shall submit to drug and/or alcohol testing, including remote alcohol testing, as directed by the Pretrial Services Officer;

9. You shall not associate or have any contact with Luke Scarmazzo, Ricardo Ruiz Montes, Antonio Malagon, Jose Malagon, Lucky Jamal Boisierre, Bradley J. Wickliff, Brad Heinmiller, and Stephen J. Demattos unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer;

10. You shall seek and/or maintain employment, and provide proof thereof to the Pretrial Services Officer upon request;

11. You shall surrender your passport to the Clerk of the U. S. District Court;

12. You shall obtain no passport during the pendency of this case;

13. You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;

14. You shall participate in the following home confinement program components and abide by all the requirements of the program which will or include electronic monitoring. - **HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer.

15. You shall refrain from possessing a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control.