PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:06CR00342-09 OWW** |
| | ) | |
| **MONICA VALENCIA** | ) | |
| | ) | |

On August 18, 2008, the above-named was placed on Supervised Release for a period of 3 years.  She has complied with the rules and regulations of supervision. On August 19, 2010, Assistant United States Attorney Kathleen A. Servatius submitted written documentation to the United States Probation Office advising that she has no position and will defer to the judgment of the court and probation officer to early termination of supervision in this case. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**JOSE T. PULIDO**
**United States Probation Officer**

Dated:         September 15, 2010
               Fresno, California

**REVIEWED BY:**     **/s/ Hubert J. Alvarez**
                     **HUBERT J. ALVAREZ**
                     **Supervising United States Probation Officer**

**Re:** **MONICA VALENCIA**
        **Docket Number:  1:06CR00342-09 OWW**
        **ORDER TERMINATING SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.


October 15, 2010                          /s/ OLIVER W. WANGER
**Date**                                  **OLIVER W. WANGER**
                                          **United States District Judge**


JTP
Attachment:    Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office